FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★  DEC 07 2011  ★

LONG ISLAND OFFICE

BTR
F.#2011R0

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DEVON ADAMS,

              Defendant.

- - - - - - - - - - - - - - - - - X

**11-1207M**

C O M P L A I N T

M. No. _____
(8 U.S.C. § 1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTIAN BILL, being duly sworn, deposes and says that he is a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      Upon information and belief, there is probable cause to believe that on or about December 7, 2011, the defendant DEVON ADAMS being an alien who had previously been arrested and convicted of Possession with the Intent to Distribute Controlled Substances, (50 grams or more of cocaine base) in violation of T. 21, U.S,.C, Section 841(a) and 841(b)(1)(A)(iii), and was thereafter deported from the United States and who had not made a re-application for admission to the United States to which the Secretary of Homeland Security of the United States had expressly consented, was found in the United States.

      (Title 8, United States Code, Sections 1326(a) and 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]/

1. I have been employed by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") for almost six years. I am familiar with the facts and circumstances set forth below from my participation in this investigation, from reports made to me by other law enforcement officers, from information obtained from other witnesses and from my review of the defendant's criminal history records and ICE records.

2. ICE records reveal that the defendant DEVON ADAMS is a citizen of Jamaica.

3. ICE records further indicate that a prior removal order was entered against the defendant DEVON ADAMS and that the defendant was deported from the United States to Jamaica on or about October 29, 1998. In addition, a search of ICE records has revealed that the defendant has not sought, and has not been granted, the permission of the Secretary of Homeland Security of the United States to re-enter the United States.

4. On September 21, 2011, the defendant DEVON ADAMS was arrested in Hempstead, New York on state charges arising from an assault.

---

[1]/ Because the purpose of this affidavit is to establish only probable cause to arrest, I have not set forth a description of all the facts and circumstances of which I am aware.

5. The defendant DEVON ADAMS's fingerprints match those of the deportee "DEVON ADAMS" contained in ICE files. Additionally, I have reviewed photographs of the defendant and of the "DEVON ADAMS" previously deported in 1998, those photographs appear to be the same individual.

WHEREFORE, your deponent respectfully requests that defendant DEVON ADAMS be dealt with according to law.

CHRISTIAN BILL
Deportation Officer
Department of Homeland Security
Immigration and Customs Enforcement

Sworn to before me this
7th day of December 2011

E. THOMAS BOYLE, MJ

HON. E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK