DMJ:BTR
F.#2011R02017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JAN 04 2012  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

DEVON ADAMS,

         Defendant.

- - - - - - - - - - - - - - - - X

I N F O R M A T I O N

CR-12 0008

(T. 8, U.S.C., §§ 1326(a)
and 1326(b)(2); T. 18,
U.S.C., §§ 3551 et seq.)

WEXLER, J
BROWN, M.J.

THE UNITED STATES ATTORNEY CHARGES:

<u>ILLEGAL REENTRY</u>

On or about September 21, 2011, within the Eastern District of New York, the defendant DEVON ADAMS, an alien who had previously been deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States without the Secretary of Homeland Security of the United States having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant United States Attorney